US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 27 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:16 CR 10003-001 |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| STEVEN HOLMES ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On or about the 30th day of July, 2015, in the Western District of Arkansas, El Dorado Division, and elsewhere, the Defendant, **STEVEN HOLMES,** did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others, both known and unknown to the United States Grand Jury, to violate a law of the United States of America, to wit, Title 21, United States Code, Sections 841(a)(1), prohibiting the distribution of methamphetamine, a Schedule II controlled substance, all in violation of Title 21 U.S.C. § 846.

### COUNT 2

On or about the 30th day of July, 2015, in the Western District of Arkansas, El Dorado Division, the Defendant, **STEVEN HOLMES**, did knowingly attempt to possess a controlled substance, namely, methamphetamine, a Schedule II controlled substance, with the intent to

distribute that controlled substance in violation Title 21, United States Code, Section 841(a)(1), all in violation of Title 21 U.S.C. § 846.

A True Bill.

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: *[signature]*

Benjamin Wulff
Assistant U. S. Attorney
Arkansas Bar No. 2005190
500 N. Stateline Avenue
Texarkana, AR 71854
Telephone: 903-792-6422
E-mail: Ben.Wulff@usdoj.gov

2