IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                                      No. 1:16-cr-10003

STEVEN HOLMES                                                                                                       DEFENDANT

## ORDER

Before the Court is Defendant Steven Holmes's Motion to Dismiss. ECF No. 46. No response is necessary, and the matter is ripe for the Court's consideration.

Defendant states that on January 15, 2021, and February 16, 2021, he filed motions seeking a reduction of his sentence pursuant to Section 603 of the First Step Act of 2018 and pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF Nos. 37, 41. However, since filing these motions, Defendant has been released from the Bureau of Prisons. Defendant now requests that these pending motions be dismissed without prejudice as moot. Upon careful consideration, the Court finds that Defendant's instant motion (ECF No. 46) should be and hereby is **GRANTED**. Accordingly, his January 15, 2021 motion (ECF No. 37) and his February 16, 2021 motion (ECF No. 41) are **DIMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge